RECEIVED
JAN 2 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____ Western _____ DISTRICT OF _____ Louisiana _____

UNITED STATES OF AMERICA

V.

__Dorin Raymond Owens__
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 07-20002-01

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __Jan. 29, 2007__ * at __10:00 a.m.__
before __U.S. Magistrate Judge Michael Hill__
Name of Judicial Officer

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
Other Custodial Official

Date: __January 24, 2007__

Judicial Officer

MILDRED E. METHVIN
United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.