UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States of America | Criminal No: 07-20002-1 |
| versus | Judge Tucker L. Melançon |
| Darin Raymond Owens | Magistrate Judge C. Michael Hill |

**ORDER**

Before the Court is the Government's Motion for Acceptance of Responsibility Pursuant to Section 3E1.1(b) of the U.S. Sentencing Guidelines as to defendant, Darin Raymond Owens [Rec. Doc. 61]. Based on the Motion and the reasons stated therein, and for good cause shown, it is

**ORDERED** that the Motion [Rec. Doc. 61] is GRANTED. If the pre-sentence report reflects any offense level of sixteen or higher under the sentencing guidelines the defendant is awarded a third point for acceptance of responsibility for "timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently."

Thus done and signed in Lafayette, Louisiana, this 23d day of May, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE